UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | | | |
|---|---|---|---|---|
| In re: | Franklin D. Crum | ) | Case No: | 19-30715 |
| | *aka* Frank D. Crum | ) | Chapter 13 | |
| | Randi T. Abinette | ) | | |
| | *aka* Randi Crum | ) | | |

## OBJECTION TO CONFIRMATION

**COMES NOW,** Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, and moves this Court to deny confirmation of the Chapter 13 Plan filed on February 25, 2019, for the cause as follows:

1. The Debtors filed this Chapter 13 Petition on February 11, 2019 under 11 U.S.C. Chapter 13, now pending in the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division.

2. This Objection is filed pursuant to 11 U.S.C. 1325 (b) (1) (B).

3. The above filed Chapter 13 Plan fails to provide that all of the debtor's projected disposable income in the applicable commitment period will be applied to the plan payments, shown by:

    a. Upon information and belief, the Debtors understate income on Schedule I and 22C. The Trustee requests six months of stubs or proof of income from all sources during the six month period.

    b. The Trustee requests a copy of the Lease to Own real estate, and suggests all liquidation requirements be met.

    c. The Chapter 13 Trustee would suggest that all required income be paid into the Chapter 13 Plan.

WHEREFORE, for the reasons stated herein, the Chapter 13 Trustee, by Counsel, Susan H. Call, respectfully moves the Court to deny confirmation of the Debtors' proposed Chapter 13 Plan as filed with the Court, and for such further and other relief as in the premises may seem just.

Date: April 17, 2019

/s/Susan H. Call
Susan H. Call, Counsel for
Carl M. Bates
Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

## **Certificate of Service**

     I hereby certify that on <u>April 17, 2019</u>, I have mailed or hand-delivered a true copy of the foregoing Objection to Confirmation to the debtor(s), <u>Franklin D. Crum and Randi T. Abineete, 14409 Woods Walk Ct., Midlothian, VA 23112</u> and electronically sent to debtor's attorney, <u>Pia J. North, Esquire, help@pianorth.com</u>.

                              <u>/s/Susan H. Call</u>
                              Susan H. Call, Counsel for
                              Carl M. Bates
                              Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:  Franklin D. Crum                              )         Case No:        19-30715
        *aka* Frank D. Crum                           )         Chapter 13
        Randi T. Abinette                             )
        *aka* Randi Crum                              )


Debtor Address        <u>14409 Woods Walk Court</u>
                      <u>Midlothian, VA 23112</u>

Last four digits of Social Security No(s).:    <u>3392</u>
                                               <u>6288</u>


**NOTICE OF OBJECTION TO CONFIRMATION**

      Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, has filed papers with the Court objecting to confirmation of your Chapter 13 Plan, which was filed in this case.

      **<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

      If you do not want the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before three (3) days before the date of the hearing, you or your attorney must:

  <u>  X  </u>    File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                      Clerk of Court
                      United States Bankruptcy Court
                      701 East Broad Street, Suite 4000
                      Richmond, VA 23219


Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

You must also mail a copy to:

      Susan H. Call, Counsel for
      Carl M. Bates
      Chapter 13 Trustee
      P.O. Box 1819
      Richmond, VA 23218

_____    Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

__X__    Attend the hearing on the objection scheduled to be held on **April 24, 2019** at **9:10 am** at United States Bankruptcy Court, **701 East Broad Street, Richmond, VA 23219, Room 5100**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

Date:  April 17, 2019                          /s/Susan H. Call
                                                      Susan H. Call, Counsel for
                                                      Carl M. Bates
                                                      Chapter 13 Trustee
                                                      P.O. Box 1819
                                                      Richmond, VA 23218-1819
                                                      VSBN 34367

**Certificate of Service**

I hereby certify that on April 17, 2019, I have mailed or hand-delivered a true copy of the foregoing Notice of Objection to Confirmation to the debtor(s), Franklin D. Crum and Randi T. Abineete, 14409 Woods Walk Ct., Midlothian, VA 23112 and electronically sent to debtor's attorney, Pia J. North, Esquire, help@pianorth.com.

                                                      /s/Susan H. Call
                                                      Susan H. Call, Counsel for
                                                      Carl M. Bates
                                                      Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367